# ELECTRONIC RECORD

**1089-14**

COA # 14-13-00358-CR

OFFENSE: Aggravated Robbery

STYLE: Tommy Earl Hutchins v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed as Reformed

TRIAL COURT: 232nd District Court

DATE: August 07, 2014   Publish: No

TC CASE #:1337442

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Tommy Earl Hutchins v The State of Texas

CCA # _____

_____PRO SE_____   Petition

CCA Disposition: **1089-14**

FOR DISCRETIONARY REVIEW IN CCA IS:

DATE: _____

_____REFUSED_____

JUDGE: _____

DATE: ___12/17/2014___

SIGNED: _____   PC: _____

JUDGE: ___Per Curiam___

PUBLISH: _____   DNP: _____

---------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**